IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MILAGRO MORAGA,<br><br>Defendant. | CR 16-00159 WHA<br><br>**ORDER FILING UNDER SEAL** |

For good cause shown the following documents shall be filed under seal:

- Exhibits A, B, and C to the Declaration of Catherine Goulet in Support of Motion Suppress;
- Exhibit B to the Declaration of Fredrick Anderson in Support of Motion Suppress.

IT IS SO ORDERED.

  September 15, 2016.  
DATED                                                          WILLIAM H. ALSUP  
                                                                     United States District Judge

*U.S. v. Moraga*, CR 16-00159 WHA  
MOTION TO FILE DOCUMENTS UNDER SEAL, DECL., AND ~~PROP~~. ORDER